# AARON DAVID FRISHBERG, ESQ.

116 WEST 111 STREET   NEW YORK NEW YORK 10026
TELEPHONE: 212. 740-4544

February 25, 2011

Hon. Paul G. Gardephe, USDJ
United States District Court
500 Pearl Street
New York, NY 10007

Re: Dawson v. City of New York, et al.
Dkt. no. 09-civ-5348 (PGG)

Honorable Sir:

I write on behalf of all parties to request a four month extension from the date of this letter for the completion of discovery. A letter from Basil C. Sitaris, who was the Assistant Corporation Counsel assigned the case, dated August 2, 2010 indicates that the extension sought in that letter was the third, making this the fourth extension requested.

Mr. Sitaris wrote that letter on the eve of his leaving the New York City Law Department. Your Honor granted an extension until October 31, 2010 for the completion of discovery. In the mean time, I broke my ankle on September 30, 2010, and was out of commission for the next several months, unable to travel to my office and spending most of my time and energy healing from the fracture and an attendant surgery.

Upon my recent return to my office, I made efforts to determine who had been assigned the case, and only a few days ago, made contact with Mr. Isaac Kletfish, Asst. Corp. Counsel, who had inadvertently not filed a notice of appearance. Given that Mr. Kletfish is new to the case, and that I need to catch up on my entire docket, a four month extension is requested so that we can bring the case to readiness for motions or trial.

Respectfully submitted,

Aaron David Frishberg
Attorney for Plaintiff

cc: Isaac Kletfish, Asst. Corp. Counsel

**MEMO ENDORSED**

The Application is granted. A status conference in this case will take place on June 3, 2011 at 11:00 A.M.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: March 3, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/11